Certificate Number: 17572-PAM-DE-035781257

Bankruptcy Case Number: 16-01062



17572-PAM-DE-035781257

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2021, at 9:25 o'clock AM PDT, Betty Scarlett completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 23, 2021

By: /s/Dorianne Santiago

Name: Dorianne Santiago

Title: Counselor